AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CHRISTOPHER W. TAYLOR,

                 Plaintiff,

                 v.

GRANT COUNTY PUBLIC DEFENDERS OFFICE SUPERVISOR RAFAEL GONZALES, ATTORNEY ALLAN WHITE, ATTORNEY BOB KENTNER, and ATTORNEY DEAN TERRILLION,

                 Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-468-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's Motion (Ct. Rec. 17) is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.

3/24/11
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia